# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BRANDON PROCK,<br><br>　　　　Petitioner,<br><br>　v.<br><br>STUART SHERMAN, Warden,<br><br>　　　　Respondent. | Case No. CV 15-1175 PA (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 5, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE